UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| TW, Inc. f/k/a Cablevision Electronics Investments, Inc. | Case No. 03-10785 (MFW) |
| Debtor. | |
| The Official Committee of Unsecured Creditors of TW, Inc. f/k/a Cablevision Electronics Investments, Inc. | Adv. Pro. No. 05-50585 (MFW) |
| Plaintiff, | |
| v. | |
| Cablevision Systems Corporation, *et al.* | |
| Defendants. | |

**APPELLEES' DESIGNATION OF ADDITIONAL ITEMS
TO BE INCLUDED IN THE RECORD ON APPEAL**

Pursuant to Federal Rule of Bankruptcy Procedure 8006, Cablevision Systems Corporation and the other appellees hereby designate the following defendants' deposition designations and counter designations which were admitted into evidence at the hearing held on November 29-30, 2007 as additional items to be included in the record on appeal:

| Tab | Witness and Deposition Date | Defendants' Designations and Counter Designations [Page and Line] |
|---|---|---|
| 1 | Richard Allen 01/12/05 | 120:8 to 16 |
| | | 151:13 to 18 |
| | | 157:2 to 10 |
| | | 170:22 to 171:4 |

| Tab | Witness and Deposition Date | Defendants' Designations and Counter Designations [Page and Line] |
|---|---|---|
| | | 175:5 to 17 |
| | | 176:7 to 25 |
| | | 182:14 to 183:4 |
| | | 203:20 to 25 |
| 2 | Raymond Andersen 02/21/06 | 66:4 to 7 |
| | | 65:24 to 66:2 |
| | | 74:23 to 25 |
| | | 98:13 to 99:10 |
| | | 152:13 to 19 |
| | | 171:9 to 23 |
| | | 176:7 to 178:6 |
| | | 183:9 to 184:20 |
| | | 23:4 |
| | | 26:11 |
| | | 29:13 |
| | | 30:3 |
| | | 30:18 |
| | | 32:2 to 9 |
| | | 34:18 to 23 |
| | | 178: 7 to 11 |
| | | 179:2 to 3 |
| | | 180:18 to 19 |
| | | 201:19 to 20 |
| 3 | William Bell 04/27/06 | 59:23 to 60:6 |
| | | 60:10 to 61:13 |
| | | 78:19 to 79:14 |
| | | 81:10 to 15 |
| | | 83:13 to 22 |
| | | 84:18 to 23 |
| | | 86:13 to 22 |
| | | 87:22 to 88:6 |
| | | 94:21 to 95:10 |
| | | 100:7 to 15 |
| | | 108:23 to 109:3 |
| | | 109:24 to 110:5 |
| | | 111:5 to 7 |
| | | 111:23 to 112:8 |
| | | 114:9 to 15 |
| | | 122:8 to 25 |
| | | 124:11 to 125:18 |
| | | 128:22 to 129:8 |

DM3\714736.1

| Tab | Witness and Deposition Date | Defendants' Designations and Counter Designations [Page and Line] |
|---|---|---|
| | | 138:15 to 139:13 |
| | | 159:24 to 160:6 |
| | | 160:17 to 161:12 |
| | | 24:5 to 25:10 |
| | | 71:5 |
| | | 88:9 to 15 |
| | | 99:18 |
| | | 184:10 to 13 |
| | | 185:3 |
| 4 | John Bier 02/04/05 | 45:24 to 46:6 |
| | | 51:11 to 20 |
| | | 53:21 to 54:17 |
| | | 60:20 to 62:4 |
| | | 71:9 to 21 |
| | | 87:10 to 88:9 |
| | | 90:7 to 25 |
| | | 102:13 to 104:9 |
| | | 105:2 to 106:13 |
| | | 108:6 to 21 |
| | | 112:3 to 20 |
| | | 117:21 to 118:6 |
| | | 123:20 to 124:4 |
| | | 131:8 to 136:15 |
| | | 149:6 to 20 |
| | | 151:23 to 152:18 |
| | | 159:17 to 21 |
| | | 166:3 to 167:6 |
| | | 169:9 to 15 |
| | | 25:23 to 26:3 |
| | | 27:20 to 28:13 |
| | | 66:21 |
| | | 67:2 to 67:4 |
| | | 67:10 |
| | | 70:13 to 19 |
| | | 71:5 to 6 |
| | | 72:19 to 21 |
| | | 72:24 to 73:7 |
| | | 105:5 to 8 |
| | | 134:21 to 22 |
| | | 136:11 |

DM3\714736.1

| Tab | Witness and Deposition Date | Defendants' Designations and Counter Designations [Page and Line] |
|---|---|---|
| 5 | John Bier 04/25/06 | 30:9 to 18 |
| | | 32:16 to 25 |
| | | 35:11 to 17 |
| | | 43:12 to 25 |
| | | 44:8 to 14 |
| | | 45:12 to 47:13 |
| | | 49:12 to 50:13 |
| | | 52:9 to 17 |
| | | 53:20 to 54:24 |
| | | 55:12 to 25 |
| | | 57:4 to 15 |
| | | 58:12 to 62:7 |
| | | 62:19 to 63:4 |
| | | 67:14 to 68:19 |
| | | 69:5 to 70:9 |
| | | 71:8 to 22 |
| | | 73:3 to 74:4 |
| | | 75:10 to 76:25 |
| | | 77:15 to 79:6 |
| | | 80:9 to 81:3 |
| | | 88:20 to 89:18 |
| | | 94:6 to 97:5 |
| | | 100:25 to 101:9 |
| | | 105:5 to 106:20 |
| | | 124:15 to 127:20 |
| | | 138:2 to 15 |
| | | 139:20 to 140:19 |
| | | 148:15 to 23 |
| | | 151:15 to 152:18 |
| | | 28:15 |
| | | 36:12 to 14 |
| | | 37:5 to 7 |
| | | 37:11 to 21 |
| | | 38:24 to 39:4 |
| | | 68:25 |
| | | 72:15 to 18 |
| | | 74:25 |
| | | 75:7 to 9 |
| | | 79:24 to 25 |
| | | 89:23 to 90:3 |
| | | 95:17 to 96:12 |

DM3\714736.1

| Tab | Witness and Deposition Date | Defendants' Designations and Counter Designations [Page and Line] |
|---|---|---|
|  |  | 128:24 to 25 |
|  |  | 129:2 to 8 |
|  |  | 129:21 to 24 |
|  |  | 148:15 to 23 |
|  |  | 149:4 |
| 6 | Luke Brandonasio 04/28/06 | 91:16 to 92:11 |
|  |  | 122:25 to 12 |
| 7 | Philip D'Ambrosio 03/16/06 | 41:6 to 19 |
|  |  | 45:9 to 47:18 |
|  |  | 49:24 to 50:20 |
|  |  | 52:6 to 53:23 |
|  |  | 61:22 to 62:7 |
|  |  | 66:20 to 68:23 |
|  |  | 71:24 to 72:17 |
|  |  | 82:8 to 86:18 |
|  |  | 91:20 to 92:17 |
|  |  | 120:5 to 121:2 |
|  |  | 126:23 to 128:6 |
|  |  | 135:15 to 137:5 |
|  |  | 143:11 to 144:8 |
|  |  | 39:8 to 9 |
|  |  | 51:9 |
|  |  | 77:13 |
|  |  | 146:13 to17 |
|  |  | 146:20 to 147:2 |
| 8 | Philip D'Ambrosio 07/18/06 Hearing | 50:12 to 51:2 |
|  |  | 51:10 to 51:15 |
|  |  | 51:20 to 24 |
|  |  | 52:15 to 22 |
|  |  | 53:12 to 23 |
|  |  | 54:15 to 18 |
|  |  | 59:16 to 60:20 |
|  |  | 60:25 to 61:3 |
|  |  | 61:7 to 12 |
|  |  | 61:17 to 19 |
|  |  | 70:11 to 71:3 |
|  |  | 111:8 to 113:20 |
|  |  | 115:16 to 19 |
|  |  | 115:24 to 116:7 |
|  |  | 72:4 to 10 |
|  |  | 93:21 to 94:12 |

| Tab | Witness and Deposition Date | Defendants' Designations and Counter Designations [Page and Line] |
|---|---|---|
|  |  | 98:19 to 99:17 |
|  |  | 101:6 to 11 |
|  |  | 102:4 to 7 |
| 9 | Eugene F. DeMark 03/02/05 | 126:8 to 137:11 |
|  |  | 140:21 to 141:4 |
|  |  | 13:21 to 22 |
|  |  | 58:5 to 7 |
|  |  | 58:22 to 23 |
|  |  | 116:4 to 5 |
|  |  | 126:18 |
|  |  | 128:14 |
|  |  | 131:4 to 13 |
|  |  | 135:2 to 3 |
|  |  | 135:25 to 136:2 |
|  |  | 163:18 |
| 10 | James Dolan 05/03/06 | 48:12 to 49:15 |
|  |  | 64:16 to 65:2 |
|  |  | 76:5 to 77:7 |
|  |  | 80:9 to 81:13 |
|  |  | 82:21 to 83:2 |
|  |  | 96:11 to 98:7 |
|  |  | 99:9 to 104:21 |
|  |  | 105:21 to 107:14 |
|  |  | 115:6 to 17 |
|  |  | 125:11 to 126:6 |
|  |  | 132:13 to 133:2 |
|  |  | 133:6 to 13 |
|  |  | 139:18-20 |
|  |  | 139:24 to 140:2 |
|  |  | 140:14 to 141:25 |
|  |  | 145:21 to 146:12 |
|  |  | 147:8 to 21 |
|  |  | 153:14 to 154:5 |
|  |  | 162:9 to 23 |
|  |  | 184:21 to 25 |
|  |  | 185:6 to 186:2 |
|  |  | 186:6 to 9 |
|  |  | 190:7 to 19 |
|  |  | 199:24 to 200:3 |
|  |  | 201:9 to 202:3 |
|  |  | 204:6 to 14 |

| Tab | Witness and Deposition Date | Defendants' Designations and Counter Designations [Page and Line] |
|---|---|---|
| | | 209:13 to 19 |
| | | 209:24 to 210:8 |
| | | 211:21 to 24 |
| | | 212:13 to 25 |
| | | 220:16 to 25 |
| | | 221:5 |
| | | 222:25 to 223:4 |
| | | 223:8 to 224:25 |
| | | 251:12 to 252:15 |
| | | 252:23 to 24 |
| | | 253:5 to 254:3 |
| | | 254:11 to 255:2 |
| | | 257:23 to 258:12 |
| | | 25:20 to 21 |
| | | 70:22 to 72:3 |
| 11 | Norman Goldberg 06/22/06 | 70:10 to 71:23 |
| | | 187:9 to 10 |
| | | 187:16 |
| | | 187:18 to 22 |
| 12 | Edyta Klimkiewicz 03/07/06 | 63:9 to 20 |
| | | 86:2 to 13 |
| | | 100:13 to 101:6 |
| | | 102:2 to 12 |
| | | 102:15 to 24 |
| | | 104:13 to 105:2 |
| | | 106:5 to 13 |
| | | 129:13 to 19 |
| | | 158:13 to 18 |
| | | 177:13 to 25 |
| | | 182:2 to 12 |
| | | 156:4 |
| 13 | Carl Landeck 11/16/04 | 67:14 to 9 |
| | | 77:9 to 78:6 |
| | | 81:15 to 25 |
| | | 148:25 to 149:6 |
| | | 150:14 to 151:7 |
| | | 69:10 to 11 |
| | | 70:4 |
| | | 77:9 to 22 |
| | | 94:14 |
| | | 150:14 to 22 |

7

| Tab | Witness and Deposition Date | Defendants' Designations and Counter Designations [Page and Line] |
|---|---|---|
| 14 | Victor Ting Chung Law 02/09/06 | 102:10 to 103:7 |
| | | 204:21 to 206:17 |
| | | 226:7 to 227:4 |
| | | 18:10 to 11 |
| | | 171:2 to 3 |
| | | 222:16 to 17 |
| | | 278:4 |
| 15 | Perry Mandarino 09/25/07 | Entire Transcript |
| 16 | Frank Marmo 03/20/06 | 34:15 to 22 |
| | | 34:25 to 35:5 |
| | | 36:23 to 25 |
| | | 42:15 to 20 |
| | | 43:14 to 20 |
| | | 45:4 to 13 |
| | | 50:9 to 21 |
| | | 51:3 to 52:14 |
| | | 54:7 to 19 |
| | | 72:8 to 19 |
| | | 72:22 to 23 |
| | | 74:25 to 75:10 |
| | | 75:14 to 18 |
| | | 76:2 to 9 |
| | | 80:9 to 19 |
| | | 82:3 to 15 |
| | | 87:22 to 88:18 |
| | | 88:21 to 89:7 |
| | | 90:24 to 91:7 |
| | | 92:3 to 20 |
| | | 98:11 to 14 |
| | | 99:9 to 19 |
| | | 110:4 to 11 |
| | | 110:16 to 24 |
| | | 158:12 to 17 |
| | | 159:5 to 25 |
| | | 164:3 to 5 |
| | | 164:9 to 22 |
| | | 165:17 to 21 |
| | | 166:16 to 19 |
| | | 64:22 |

| Tab | Witness and Deposition Date | Defendants' Designations and Counter Designations [Page and Line] |
|---|---|---|
| 17 | Frank Marmo 07/19/06 Hearing | 6:4 to 5 |
| | | 6:24 to 8:2 |
| | | 10:5 to 23 |
| | | 16:22 to 17:6 |
| | | 18:4 to 22 |
| | | 23:3 to 24 |
| | | 27:12 to 21 |
| | | 31:14 to 24 |
| | | 35:12 to 19 |
| | | 55:7 to 56:9 |
| | | 69:6 to 22 |
| | | 73:2 to 7 |
| | | 121:1 to 15 |
| | | 109:21 to 110:12 |
| 18 | Victoria Mink 12/16/04 | Entire Transcript |
| 19 | Victoria Mink 02/17/05 | Entire Transcript |
| 20 | Victoria Mink 03/28/06 | Entire Transcript |
| 21 | Gene Pepe 02/08/05 | 63:4 - 18 |
| | | 92:5 to 20 |
| | | 98:13 to 100:3 |
| | | 114:18 to 115:8 |
| | | 115:17 to 116:3 |
| | | 116:7 to 13 |
| | | 116:18 to 117:8 |
| | | 119:22 to 120:22 |
| | | 137:23 to 138:3 |
| | | 141:16 to 142:17 |
| | | 174:6-21 |
| 22 | John Rooney 04/28/06 | 36:13 to 37:3 |
| | | 43:16 to 44:17 |
| | | 80:14 to 81:2 |
| 23 | Andrew Rosengard 01/06/05 | 55:25 to 58:11 |
| | | 58:13 to 60:11 |
| | | 60:21 to 60:23 |
| | | 61:2 to 18 |
| | | 78:22 to 80:3 |
| | | 85:22 to 86:12 |
| | | 87:25 to 88:4 |

| Tab | Witness and Deposition Date | Defendants' Designations and Counter Designations [Page and Line] |
|---|---|---|
| | | 88:7 to 18 |
| | | 89:10 to 91:9 |
| | | 93:17 to 95:6 |
| | | 95:21 to 24 |
| | | 96:5 to 18 |
| | | 99:22 to 100:2 |
| | | 100:5 to 20 |
| | | 100:23 to 102:13 |
| | | 103:6 to 104:2 |
| | | 104:9 to 105:15 |
| | | 113:2 to 6 |
| | | 113:10 to 115:20 |
| | | 134:6 to 19 |
| | | 139:17 to 140:8 |
| | | 140:25 to 141:7 |
| | | 141:14 to 142:2 |
| | | 166:6 to 172:15 |
| | | 186:14 to 21 |
| | | 187:7 to 20 |
| 24 | Andrew Rosengard 03/08/06 | 60:23 to 61:8 |
| | | 62:5 to 25 |
| | | 63:14 to 64:10 |
| | | 64:13 to 22 |
| | | 65:5 to 7 |
| | | 65:10 to 15 |
| | | 65:22 to 66:6 |
| | | 66:9 to 15 |
| | | 66:18 to 67:14 |
| | | 67:18 to 68:4 |
| | | 80:14 to 81:2 |
| | | 82:18 to 83:4 |
| | | 84:23 to 85:6 |
| | | 86:3 to 5 |
| | | 89:4 to 10 |
| | | 89:14 to 23 |
| | | 97:22 to 98:16 |
| | | 99:3 to 8 |
| | | 103:9 to 16 |
| | | 103:21 to 104:4 |
| | | 138:10 to 139:3 |
| | | 165:6 to 19 |

DM3\714736.1

| Tab | Witness and Deposition Date | Defendants' Designations and Counter Designations [Page and Line] |
|---|---|---|
|  |  | 166:5 to 7 |
|  |  | 166:9 to 167:5 |
|  |  | 204:11 to 19 |
|  |  | 206:3 to 208:12 |
|  |  | 208:15 to 23 |
|  |  | 209:3 to 6 |
|  |  | 219:3 to 11 |
|  |  | 221:24 to 222:25 |
|  |  | 223:4 to 10 |
|  |  | 223:13 to 15 |
|  |  | 39:4 to 22 |
|  |  | 40:1 to 8 |
|  |  | 76:18 to 21 |
|  |  | 80:8 |
|  |  | 153:25 |
| 25 | Vincent Russo 09/28/04 | 109:24 to 116:10 |
|  |  | 118:14 to 119:17 |
|  |  | 175:16 to 184:23 |
|  |  | 191:7 to 14 |
| 26 | Vincent Russo 11/09/04 | 171:7 to 173:4 |
|  |  | 175:16 to 184:23 |
|  |  | 176:23 to 177:18 |
|  |  | 188:13 to 19 |
|  |  | 191:7 to 14 |
|  |  | 243:23 to 244:8 |
|  |  | 245:14 to 22 |
|  |  | 248:8 to 14 |
|  |  | 248:23 to 249:4 |
|  |  | 260:7 to 18 |
|  |  | 269:24 to 270:18 |
|  |  | 296:6 to 13 |
|  |  | 299:11 to 300:6 |
|  |  | 179:17 to 25 |
| 27 | Ronald Tucker 04/20/06 | 74:17 to 75:17 |
|  |  | 98:11 to 100:16 |
| 28 | Jeffery B. Yapp 12/21/04 | 48:23 to 25 |
|  |  | 49:2 |
|  |  | 49:5 to 7 |
|  |  | 55:13 to 56:4 |
|  |  | 68:11 to 69:13 |
|  |  | 69:20 to 23 |

| Tab | Witness and Deposition Date | Defendants' Designations and Counter Designations [Page and Line] |
|---|---|---|
| | | 70:3 to 5 |
| | | 119:7 to 120:23 |
| | | 121:8 to 16 |
| | | 121:21 to 24 |
| | | 127:23 to 128:6 |
| | | 128:17 to 19 |
| | | 128:21 to 129:3 |
| | | 129:5 to 9 |
| | | 13:6 to 7 |
| | | 55:10 to 11 |
| | | 64:12 to 24 |
| | | 65:13 to 67:12 |
| | | 79:19 |
| | | 81:15 |
| | | 123:7 |
| | | 123:17 to 21 |
| | | 123:9 |
| | | 123:16 to 124:2 |
| | | 128:3 |
| | | 128:20 |
| 29 | Jeffery B. Yapp 07/18/06 Hearing | 123:6 to 14 |
| | | 123:17 to 124:2 |
| | | 132:18 to 133:3 |
| | | 134:24 to 135:15 |
| | | 139:18 to 20 |
| | | 143:14 to 19 |
| | | 150:3 to 21 |
| | | 131:20 to 132:5 |
| 30 | Sean Harris 03/09/06 | 27:4 |
| | | 27:20 to 21 |
| | | 58:15 |
| | | 58:19 to 25 |

DM3\714736.1

Dated: May 1, 2008

Wilmington, Delaware

/s/ Richard W. Riley
Richard W. Riley (DE 4052)
DUANE MORRIS LLP
1100 North Market Street, Suite 1200
Wilmington, DE 19801
Telephone:    (302) 657-4900
Facsimile:    (302) 657-4901
E-mail: *rwriley@duanemorris.com*

Paul E. Harner
Steven T. Catlett
PAUL, HASTINGS, JANOFSKY
& WALKER, LLP
191 N. Wacker, 30th Floor
Chicago, IL 60606
Telephone:    (312) 499-6000
Facsimile:    (312) 499-6100
E-mail: *paulharner@paulhastings.com*
E-mail: *stevencatlett@paulhastings.com*

Richard I. Werder, Jr.
QUINN EMANUEL URGUHART OLIVER
& HEDGES LLP
51 Madison Avenue, 22nd Floor
New York, NY 10010
Telephone:    (212) 849-7000
Facsimile:    (212) 849-7100
E-mail: *rickwerder@quinnemanuel.com*

*Counsel for the Defendants/Appellees*