UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | : |
| | :   Chapter 11 |
| TW, Inc. f/k/a Cablevision Electronics | : |
| Investments, Inc. | :   Bankruptcy No. 03-10785 (MFW) |
| | :   Adv. No. 05-50585 (MFW) |
|     Debtor. | : |
| | : |
| The Official Committee of Unsecured | : |
| Creditors of TW, Inc. f/k/a Cablevision | : |
| Electronics Investments, Inc. | : |
| | : |
|     Appellant, | :   Civil Action No. 08-303 |
| | : |
| v. | : |
| | : |
| Cablevision Systems Corporation, *et al.* | : |
| | : |
|     Appelles. | : |
| | : |

## JOINT MOTION FOR REFERRAL
## OF MANDATORY MEDIATION TO THE HONORABLE
## KEVIN J. CAREY, UNITED STATES BANKRUPTCY COURT JUDGE

Appellant, the Official Committee of Unsecured Creditors of TW, Inc., now the Post-Confirmation Committee (the "Committee") and appellees, Cablevision Systems Corporation and certain related entities and individuals (collectively, the "CSC Defendants"), jointly move the Court for an order referring the mandatory mediation required by the Standing Order (as hereinafter defined) to The Honorable Kevin J. Carey, United States Bankruptcy Judge and, in support, state as follows:

1.    On March 14, 2003, TW, Inc. f/k/a Cablevision Electronics Investments, Inc. filed a voluntary case under Chapter 11 of Title 11 of the United States Code in the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court").

DM3\734668.1

2. On March 12, 2005, the Committee commenced an adversary proceeding (the "Adversary Proceeding") against the CSC Defendants alleging causes of action for, among other things, fraudulent transfers, preferential transfers, breach of fiduciary duties, and deepening insolvency.

3. On August 22, 2006, the Bankruptcy Court entered the Order Referring Disputes To, And Staying Further Proceedings Pending, Mediation (the "Mediation Order") which, among other things, referred the Adversary Proceeding to mediation before The Honorable Kevin J. Carey, United States Bankruptcy Judge.

4. Pursuant to the Mediation Order, Judge Carey held a mediation beginning on October 4, 2006 (the "Initial Mediation"). Although it facilitated a settlement with a non-party (GBO Holdings and affiliates), the Initial Mediation did not result in a settlement between the Committee and the CSC Defendants.

5. On April 19, 2007, the Bankruptcy Court entered a Third Amendment to Scheduling Order (the "Scheduling Order") which provided, among other things, that a trial on the "Insolvency Issue" (as defined in Scheduling Order) would be held beginning on October 15, 2007. The hearing was later rescheduled for November 29 and 30, 2007 (the "Insolvency Trial").

6. Following the conclusion of the Insolvency Trial, on April 4, 2008, the Bankruptcy Court entered an Order dated April 1, 2008 ruling on the Insolvency Issue (the "Order").

7. On April 11, 2008, the Committee filed a Notice of Appeal of the Order and the appeal is presently pending before the Court (the "Appeal").

DM3\734668.1

8. Pursuant to the Standing Order Regarding Procedures To Govern Mediation Of Appeals From The Unites States Bankruptcy Court For This District dated July 23, 2004 (the "Standing Order"), this Appeal will shortly be assigned to a member of the Appellate Mediation Panel (as defined in the Standing Order) for mandatory mediation (the "Appeal Mediation").

9. On May 14, 2008, Chief United States Bankruptcy Judge Mary F. Walrath held a status conference in the Adversary Proceeding at which it was decided that, if Judge Carey had availability, another mediation of all issues in the Adversary Proceeding not subject to the Appeal would be held before Judge Carey. The parties also agreed to jointly seek to have the related Appeal Mediation referred to Judge Carey.

10. On May 22, 2008, the Appeal was docketed with this Court after both parties filed designations of items to be included in the record on appeal. Also on May 22, the parties held a telephonic conference with Judge Carey. As a result, mediation before Judge Carey is presently scheduled for July 11, 2008 at 11:00 a.m. (the "Second Mediation").

11. Because Judge Carey is familiar with the issues in the underlying Adversary Proceeding, including the issues involved in the Appeal, and has scheduled the Second Mediation to be held on July 11, 2008, the parties jointly request that the Court waive any requirement under the Standing Order that the Appeal Mediation be referred to a member of the Appellate Mediation Panel and, instead, refer the Appeal Mediation to Judge Carey to be held in conjunction with the Second Mediation. The parties also jointly request that, pending the conclusion of the Second Mediation and in accordance with the Clerk of this Court's Notice of Docketing dated May 22, 2008, the briefing in connection with the Appeal be deferred.

12. Pursuant to D. Del. Local Rule 7.1.1, the parties are in agreement on the matters set forth in this motion.

DM3\734668.1

WHEREFORE, the Committee and the CSC Defendants jointly request that the Court enter an Order waiving any requirement that the Appeal Mediation be referred to a member of the Appellate Mediation Panel and referring the Appeal Mediation to The Honorable Kevin J. Carey, United States Bankruptcy Judge.

| | |
|---|---|
| /s/Katie A. D'Emilio | /s/Richard W. Riley |
| Tobey M. Daluz (No. 3939) | Richard W. Riley (No. 4052) |
| Katie A. D'Emilio (No. 4824) | DUANE MORRIS LLP |
| BALLARD SPAHR ANDREWS & INGERSOLL LLP | 1100 North Market Street, Suite 1200 |
| 919 North Market Street, 12th Floor | Wilmington, DE 19801 |
| Wilmington, DE 19801 | Telephone (302) 657-4900 |
| Telephone (302) 252-4465 | E-mail: rwriley@duanemorris.com |
| E-Mail: daluzt@ballardspahr.com | |
|         demiliok@ballardspahr.com | Paul E. Harner |
| | Steven T. Catlett |
| | PAUL, HASTINGS, JANOFSKY & WALKER, LLP |
| Steven J. Mandelsberg | 191 N. Wacker, 30th Floor |
| Mark T. Power | Chicago, IL 60606 |
| Robert J. Malatak | Telephone (312) 499-6000 |
| HAHN & HESSEN LLP | |
| 488 Madison Avenue | |
| New York, NY 10022 | Richard I. Werder, Jr. |
| Telephone (212) 478-7200 | QUINN EMANUEL URGUHART OLIVER & HEDGES LLP |
| | 51 Madison Avenue, 22nd Floor |
| *Counsel for Appellant* | New York, NY 10010 |
| | Telephone:    (212) 849-7000 |
| | |
| | *Counsel for Appellees* |

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>TW, Inc. f/k/a Cablevision Electronics Investments, Inc.<br><br>      Debtor. | Chapter 11<br><br>Bankruptcy No. 03-10785 (MFW)<br>Adv. No. 05-50585 (MFW) |
| The Official Committee of Unsecured Creditors of TW, Inc. f/k/a Cablevision Electronics Investments, Inc.<br><br>      Appellant,<br><br>v.<br><br>Cablevision Systems Corporation, *et al.*<br><br>      Appellees. | Civil Action No. 08-303 |

## ORDER

Upon consideration of the Joint Motion For Referral Of Mandatory Mediation To The Honorable Kevin J. Carey, United States Bankruptcy Court Judge (the "Joint Motion"), and the Court finding good cause to approve the Joint Motion.

**IT IS ORDERED** that the Joint Motion is **GRANTED**; and

**IT IS FURTHER ORDERED** that the mediation of the above-captioned appeal is referred to The Honorable Kevin J. Carey, United States Bankruptcy Judge, and that all briefing in connection with such appeal is deferred pending the conclusion of such mediation.

_____
United States District Judge